# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV 15-2351-R**                                                          **DATE: May 27, 2016**

**TITLE:**  *L.A. Printex Industries, Inc. v. Did Fabric, Inc et al.*

===============================================================
**PRESENT:**   **HON. MANUEL L. REAL, UNITED STATES DISTRICT JUDGE**

| **Ingrid Valdes** | **N/A** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANT:**

    Not present                                                        Not present

**PROCEEDINGS**:   **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

    On April 15, 2016 the parties were ordered to file a status report on or before May 2, 2016 notifying the Court of the trial setting hearing pending before the State Court.  As of this date, the parties have failed to file a status report.  Counsel shall file a Status Report on or before June 3, 2016 providing detailed information as to the status of this case.  Failure to respond to the Court's Order may result in the dismissal of the action.

**IT IS SO ORDERED.**

**MINUTES FORM II**                                                            Initials of Deputy Clerk__IV__
**CIVIL - GEN**